**Jay NORCO, Appellant,**

v.

**MILES EXCAVATING, INC. and United Fire & Casualty Company, Respondents.**

**WD 79015**

Missouri Court of Appeals, Western District.

ORDER FILED: October 4, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied November 1, 2016

Application for Transfer Denied December 20, 2016

David Buchanan, Kansas City, MO, Counsel for Appellant

---

7. All rule references are to Missouri Supreme Court Rules (2016).

Derek Mackay, Kansas City, MO, Co-Counsel for Appellant

Ryan Karaim, Kansas City, MO, Counsel for Respondent,

Miles Mark Schaffer, Overland Park, KS, Counsel for Respondent, United

Darya Lyeschenko, Overland Park, KS, Co-Counsel for Respondent, United

Before Division One: Anthony Rex Gabbert, P.J., Thomas H. Newton, and Alok Ahuja, JJ.

## ORDER

Per Curiam:

Mr. Jay Norco has appealed the Platte County Circuit Court's grant of summary judgment in his breach-of-contract action against Miles Excavating, Inc. and United Fire & Casualty Co. He also appeals the court's denial of his motion for summary judgment.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).